IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY JANE VESEY,<br><br>            Plaintiff,<br><br>v.<br><br>DELL SYSTEMS, INC.<br><br>            Defendant. | CIVIL ACTION<br>NO. 15-1487 |

## ORDER

**AND NOW**, this 29th day of December 2015, upon consideration of Defendants' Motion to Transfer Venue (Doc. No. 4), Plaintiff's Answer to Defendant's Motion to Transfer Venue (Doc. No. 7), Defendants' Reply Memorandum of Law in Support of Motion to Transfer Venue (Doc. No. 8), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. The Clerk of Court shall substitute Dell Marketing, L.P. as the named Defendant in this case and remove Dell Systems, Inc. as the Defendant.

2. Defendants' Motion to Transfer Venue (Doc. No. 4) is **GRANTED**.

3. The Clerk of Court shall transfer this case to the United States District Court for the Northern District of Texas.

4. The Clerk of Court shall close this case for statistical purposes.

                                            BY THE COURT:

                                            /s/ Joel H. Slomsky
                                            JOEL H. SLOMSKY, J.